No. 426. McCAUGHN, COLLECTOR, *v.* HERSHEY CHOCO-LATE CO.;

No. 427. LEDERER, COLLECTOR, *v.* SAME;

No. 428. DAVIS, COLLECTOR, *v.* SAME;

No. 429. LEDERER, COLLECTOR, *v.* SAME;

No. 430. McCAUGHN, COLLECTOR, *v.* SAME;

No. 431. DAVIS, COLLECTOR, *v.* SAME;

No. 432. SAME *v.* KLEIN CHOCOLATE CO.;

No. 433. LEDERER, COLLECTOR, *v.* SAME;

No. 434. SAME *v.* SAME;

No. 435. McCAUGHN, COLLECTOR, *v.* SAME;

No. 436. LEDERER, COLLECTOR, *v.* WILBUR-SUCHARD CHOCOLATE CO.;

No. 437. SAME *v.* SAME;

No. 438. McCAUGHN, COLLECTOR, *v.* SAME;

No. 439. DAVIS, COLLECTOR, *v.* YORK CHOCOLATE CO.;

No. 440. LEDERER, COLLECTOR, *v.* SAME; and

No. 441. McCAUGHN, COLLECTOR, *v.* SAME. October 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher, Assistant Attorney General Young-quist* and *Messrs. Claude R. Branch, Sewall Key, J. Louis Monarch,* and *Clarence M. Charest* for petitioners. *Messrs. A. Allen Woodruff, F. Lyman Windolph,* and *Wm. Clarke Mason* for respondents. Reported below: 42 F. (2d) 408.